UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF NEW YORK**

HAROLD R. LANIER, on behalf of himself,
individually, and on behalf of all others
similarly situated,
                    Plaintiffs,

                                        14cv3745 (5)

        -against-                       MOTION FOR ADMISSION
                                        PRO HAC VICE

BATS EXCHANGE, INC., BATS YEXCHANGE,
INC., CHICAGO BOARD
OPTIONS EXCHANGE, INC., CHICAGO
STOCK EXCHANGE, INC., EDGA
EXCHANGE, INC., EDGX EXCHANGE,
INC., INTERNATIONAL SECURITIES
EXCHANGE, LLC, , NASDAQ OMX BX,
INC., NASDAQ OMX, PHLX, LLC, NASDAQ
STOCK MARKET, LLC, NATIONAL STOCK
EXCHANGE, LLC, NEW YORK STOCK
EXCHANGE, LLC, NYSE ARCA, INC.,
NYSE MKT, LLC

                    Defendants.

        Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **MICHAEL T. LEWIS, SR.,** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **HAROLD R. LANIER, on behalf of himself, individually, and on behalf of all others similarly situated, Plaintiff** in the above-captioned action.

        I am in good standing of the bar of the state of **MISSISSIPPI** and there are no pending disciplinary proceedings against me in any state or federal court.  Attached is a **LETTER OF GOOD STANDING** issued by the Mississippi Bar Association.

Dated: June 04, 2014                           Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: ___Michael T. Lewis, Sr.___

Firm Name: _____Lewis & Lewis Attorneys___

Address: _____P. O. Drawer 2430_____

City / State / Zip: ____Oxford, MS 38655_____

Telephone / Fax: 662.232.8886   662.232.8636

E-Mail: _____llmtl@bellsouth.net_____