# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON ①⑤⓿
IAN S. BIRK
JAMES A. BLOOM ①⓿
STEPHEN R. BOATWRIGHT ①⓿
KAREN E. BOXX
GRETCHEN FREEMAN CAPPIO
ALISON CHASE ①④⓿
T. DAVID COPLEY ③
ALICIA M. CORBETT ①⓿
ROB J. CRICHTON ❷
DANIEL A. DECHESARO ①⓿
MAUREEN M. FALECKI
JULI FARRIS ④
RAYMOND J. FARROW
ERIC J. FIERRO ①⓿
ALISON S. GAFFNEY
GLEN P. GARRISON ⑥
LAURA R. GERBER
MATTHEW M. GEREND
GARY A. GOTTO ①⓿

BENJAMIN GOULD ④
CHRISTOPHER GRAVER ①❽
MEREDITH L. GRAY ❷
GARY D. GREENWALD ①④⓿
MARK A. GRIFFIN ③
AMY N.L. HANSON
IRENE M. HECHT
SCOTT C. HENDERSON
MICHAEL G. HOWARD
KHESRAW KARMAND ②⓿
DEAN N. KAWAMOTO ④⓿
RON KILGARD ①❷⓿⓿
KATHRYN M. KNUDSEN
DAVID J. KO
ERIC R. LALIBERTE
BENJAMIN J. LANTZ
LUKE M. LARIVIERE
CARI CAMPEN LAUFENBERG
ELIZABETH A. LELAND
MICHAEL M. LICATA

TANA LIN ⑦⑨⓿
DEREK W. LOESER
HOLLY E. LYNCH
RYAN MCDEVITT
DANIEL MENSHER ❽
IAN J. MENSHER
GRETCHEN S. OBRIST
ROBERT S. OVER
DAVID S. PREMINGER ❶⓿
MATTHEW J. PREUSCH ②❽⓿
ERIN M. RILEY
ISAAC RUIZ
DAVID J. RUSSELL
MARK D. SAMSON ①⓿⓿
LYNN LINCOLN SARKO ⓿❼
WILLIAM C. SMART
THOMAS A. STERKEN
BETH M. STROSKY
KARIN B. SWOPE
PAUL A. TONELLA

HAVILA C. UNREIN ④⓿
MARGARET E. WETHERALD ❸
AMY WILLIAMS-DERRY
MICHAEL WOERNER
BENSON D. WONG
DIANA M. ZOTTMAN ③

① ADMITTED IN ARIZONA
② ADMITTED IN CALIFORNIA
③ ALSO ADMITTED IN ARIZONA
④ ALSO ADMITTED IN CALIFORNIA
⑤ ALSO ADMITTED IN COLORADO
⑥ ALSO ADMITTED IN IDAHO
⑦ ALSO ADMITTED IN ILLINOIS
⑧ ALSO ADMITTED IN MARYLAND
⑨ ALSO ADMITTED IN MICHIGAN
⑩ ALSO ADMITTED IN MONTANA
❶ ADMITTED IN NEW YORK
❷ ALSO ADMITTED IN NEW YORK
❸ ALSO ADMITTED IN OREGON
❹ ALSO ADMITTED IN OHIO
❺ ALSO ADMITTED IN TEXAS
❻ ALSO ADMITTED IN WASHINGTON, D.C.
❼ ALSO ADMITTED IN WISCONSIN
❽ NOT ADMITTED IN WASHINGTON

November 7, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 0 2014
```

**VIA ECF**

The Honorable Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 1950
New York, New York 10007-1312

Re:   *Lanier v. BATS Exchange, Inc., et al.*, No. 1:14-cv-3745-KBF
      *Lanier v. BATS Exchange, Inc., et al.*, No. 1:14-cv-3865-KBF
      *Lanier v. BATS Exchange, Inc., et al.*, No. 1:14-cv-3866-KBF

Dear Judge Forrest:

I write on behalf of counsel for Plaintiff Harold Lanier to seek clarification that the deadline for Plaintiff to file opposition papers to Defendants' motions to dismiss is Monday, November 17, 2014. Pursuant to ECF No. 62, No. 2d, the Court ordered that "Plaintiffs shall file opposition papers not later than November 15, 2014." Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), since the current deadline falls on a Saturday, Plaintiff seeks clarification that the deadline is Monday, November 17, 2014, or in the alternative, requests the Court extend the deadline from Saturday November 15, 2014, to Monday, November 17, 2014.

Respectfully submitted,

s/ Laura R. Gerber

cc: All Counsel of Record

*[Handwritten: Ordered. Deadline is 11/17/14. K.B.F. USDJ 11/10/14]*