USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2015

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

HAROLD R. LANIER, on behalf of himself
individually and on behalf of others similarly
situated,

                Plaintiff,

-against-

BATS EXCHANGE, INC., BATS Y-EXCHANGE,
INC., CHICAGO BOARD OPTIONS EXCHANGE,
INC., CHICAGO STOCK EXCHANGES, INC.,
EDGA EXCHANGE, INC., EDGX EXCHANGE,
INC., INTERNATIONAL SECURITIES
EXCHANGE, LLC, NASDAQ OMX BX, INC.,
NASDAQ OMX PHLX LLC, THE NASDAQ
STOCK MARKET, LLC, NATIONAL STOCK
EXCHANGE, LLC, NEW YORK STOCK
EXCHANGE, LLC, NYSE ARCA, INC., and
NYSE MKT, LLC,

                Defendants.

-----------------------------------------------------------------X

14 **CIVIL** 3745 (KBF)

## JUDGMENT

HAROLD R. LANIER, on behalf of himself
individually and on behalf of others similarly
situated,

                Plaintiff,

-against-

BATS EXCHANGE, INC., BATS Y-EXCHANGE,
INC., CHICAGO BOARD OPTIONS EXCHANGE,
INC., CHICAGO STOCK EXCHANGES, INC.,
EDGA EXCHANGE, INC., EDGX EXCHANGE,
INC., INTERNATIONAL SECURITIES
EXCHANGE, LLC, NASDAQ OMX BX, INC.,
NASDAQ OMX PHLX LLC, THE NASDAQ
STOCK MARKET, LLC, NASDAQ OMX GROUP,
INC.,NATIONAL STOCK EXCHANGE, inc.,
NEW YORK STOCK EXCHANGE, LLC, NYSE
ARCA, INC., and NYSE MKT, LLC,

                Defendants.

-----------------------------------------------------------------X

14 **CIVIL** 3865 (KBF)

-----------------------------------------------------------------X
HAROLD R. LANIER, on behalf of himself
individually and on behalf of others similarly
situated,

                        Plaintiff,                           14 **CIVIL** 3866 (KBF)

-against-

BATS EXCHANGE, INC., BOX OPTIONS
EXCHANGE, LLC, C2 OPTIONS EXCHANGE,
INCORPORATED, CHICAGO BOARD
OPTIONS EXCHANGE, INC., INTERNATIONAL
SECURITIES EXCHANGE, LLC, ISE GEMINI,
LLC, MIAMI INTERNATIONAL SECURITIES
EXCHANGE, LLC, NASDAQ OMX BX, INC.,
NASDAQ OMX PHLX LLC, THE NASDAQ
STOCK MARKET, LLC, NYSE ARCA, INC.,
and NYSE MKT, LLC,

                        Defendants.
-----------------------------------------------------------------X

        Defendants having filed consolidated motions to dismiss all claims, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on April 28, 2015, having rendered its Opinion and Order granting defendants' motions, that dismissal is with prejudice as any amendment could not avoid the preemption issue or avoid the dispositive contract language, and directing the Clerk of Court to terminate these actions, 14-cv-3745, 14-cv-3865, and 14-cv-3866, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2015, Defendants' motions are granted; the Court finds the dismissal is with prejudice as any amendment could not avoid the preemption issue or avoid the dispositive contract language; accordingly, cases 14-cv3745, 14-cv-3865, and 14-3866 are closed.

**Dated:** New York, New York
          April 30, 2015                                    **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                           BY:

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____                        **Deputy Clerk**